# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOSHUA HOWARD,

     Petitioner,

    v.                                         **Case No. 14-CV-758**

WILLIAM POLLARD,

     Respondent.

## ORDER ON PETITIONER'S MOTION TO SUPPLEMENT THE RECORD

Joshua Howard ("Howard") filed a habeas petition, challenging his state court conviction and sentence pursuant to 28 U.S.C. § 2254. (Docket # 1.) I screened the petition in accordance with Rule 4 of the Rules Governing § 2254 Cases and ordered the respondent to answer the petition. (Docket # 8.) Following the respondent's filing of the answer, Howard filed a motion to supplement the record. (Docket # 13.) Though it was not clear that the documents Howard requested were necessary to the case, the State filed a response that contained most of the documents Howard sought. (Docket # 16, 17.) However, there still remains an issue over the Wisconsin Supreme Court decision in Howard's co-conspirator's case, *State v. Steffes*, 2013 WI 53, 347 Wis. 2d 683, 832 N.W.2d 101. Howard states that he needs the "briefs and materials" submitted in the *Steffes* case. It is not clear that this information should be made part of the record and that the respondent should be ordered the provide it. However, in the alternative, Howard also asks that the decision in *Steffes* be made available to him. (Docket # 18.) Therefore, I order that the decision *State v. Steffes*, 2011AP691, be made part of the record. A copy is attached to this order.

Howard also requests an extension of time to file his brief in support of his motion. An extension of time is hereby granted. Howard has an additional 45 days after the date of this order in which to file his brief in support of his motion.

**NOW, THEREFORE, IT IS ORDERED** that the decision in *State v. Steffes*, 2011AP691, be made part of the record. A copy of the decision is attached to this order.

**IT IS ALSO ORDERED** that Howard has 45 days from the date of this order in which to file a brief in support of his petition.

Dated at Milwaukee, Wisconsin this 23rd day of June, 2014.

BY THE COURT

s/ *Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge